**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PATRICK SCHIPPERT,

        Plaintiff,

v.                                        Case No: 6:15-cv-661-Orl-40TBS

OMG MH HOLDINGS, LLC, TK
UNIVERSITY PUB, LLC and TK IDRIVE
PUB, LLC,

        Defendants.
_____/

## ORDER

This cause is before the Court following review of the United States Magistrate Judge's Report and Recommendation (Doc. 23) filed on November 5, 2015.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 5, 2015 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED without prejudice** based upon Plaintiff's failure to prosecute, and abandonment of the action.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 23, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties